**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Keri Hammond and Gary Hammond, | : | |
| Plaintiffs | : | Civil Action 08-cv-00428 |
| v. | : | Judge Marbley |
| RLJ Management Co. and Steve Boone, | : | Magistrate Judge Abel |
| Defendants. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 23, 2008 The Plaintiffs' objection (doc. 6) to the Magistrate Judge's Initial Screening Report and Recommendation (doc. 2) is therefore **OVERRULED** and the Report and Recommendation (doc. 2) is **ADOPTED**.  The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants.  This action is hereby **DISMISSED** with **PREJUDICE**.

Date:  **September 23, 2008**                                      **James Bonini, Clerk**

                                                                       s/Betty L. Clark
                                                                Betty L. Clark/Deputy Clerk